[No. 3,396.]

## THE PEOPLE OF THE STATE OF CALIFORNIA *v.* ARMSTRONG.

PHONOGRAPHIC REPORTER'S NOTES OF EVIDENCE.—The notes of evidence taken by the Phonographic Reporter at the trial, and transcribed into long hand, even if verified by his affidavit, do not constitute a part of the record on appeal for any purpose.

BILL OF EXCEPTIONS TO BE SIGNED.—A bill of exceptions not signed by the District Judge will be disregarded on appeal.

APPEAL from the District Court of the Seventh Judicial District, County of Sonoma.

The defendant was convicted of the crime of murder, and appealed.

The other facts are stated in the opinion.

*W. W. Pendegast, J. R. Lamar,* and *William Ross,* for Appellant.

*John L. Love, Attorney General,* for Respondent.

By the Court, WALLACE, C. J.:

The transcript in this case, containing some six hundred pages, consists in the main of the notes of the evidence given at the trial, purporting to have been taken down by the Phonographic Reporter of the Court below, and supported by his affidavit that they are correct. As we said in *People* v. *Woods*, 43 Cal. 177, these do not constitute a statement which we are at liberty to examine, nor form part of the record here for any purpose.

Nor can we consider the points, or any of them, relied upon by the counsel for the prisoner, in the able argument with which we have been favored, for these do not appear in the record, except in the bill of exceptions, so called, which, not having been signed by the Judge, we are compelled also to disregard. (Crim. Prac. Act, Sec. 435.)

Judgment affirmed.